```
STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00383 SOM |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [21 U.S.C. § 846] |
| MICHAEL SILVA, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about September 14, 2000 to and including September 15, 2000, in the District of Hawaii, MICHAEL SILVA knowingly and intentionally attempted to commit an offense against the United States, i.e. to knowingly and intentionally possess with the intent to distribute, and to distribute, a quantity of crystal methamphetamine, to wit, one pound of crystal methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

DATED: September 20, 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


_____
STEVEN S. ALM
United States Attorney


_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
LORETTA SHEEHAN
Assistant U.S. Attorney


United States v. Michael Silva
Indictment
Cr. No. _____

2