EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

　　　　　　　　IN THE UNITED STATES DISTRICT COURT

　　　　　　　　　　FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 00-00383-001 |
| | ) | |
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
| | ) | AND RELEASE OF NOTICE OF |
| vs. | ) | LIEN |
| | ) | |
| Michael Silva, | ) | |
| | ) | |
| Defendant. | ) | |

　　　　　　　　　　SATISFACTION OF JUDGMENT
　　　　　　　　AND RELEASE OF NOTICE OF LIEN

　　　　The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on May 16, 2002, a Judgment in a Criminal Case was entered against Michael Silva (SSN: XXX-XX-2770) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $200.00, a fine of $4,000.00, and restitution of -0-.

     A Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on July 2, 2002 at the Bureau of Conveyances, State of Hawaii, Document No. 2002-116419.

     The special assessment, fine, and/or restitution amounts have been fully satisfied.

     DATED: <u>April 2, 2007</u>, at Honolulu, Hawaii.

                      EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                              /s/ Edric M. Ching

                  By:_____
                      EDRIC M. CHING
                      Assistant U.S. Attorney
                      Attorneys for Plaintiff

213.wp